**Paul M. Ostroff,** OSB No. 954734
ostroffp@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2122
Facsimile: 503.778.2200

Attorneys for Defendants USAMM, LLC,
  Brian Larrabee, Sally Melcher, and Jared Zabaldo

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHARLOTTE BRAY,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**USAMM, LLC,** an Oregon limited liability company, **BRIAN LARRABEE,** an individual, **SALLY MELCHER,** an individual, **JARED ZABALDO,** an individual,<br><br>　　　　　　　　　Defendants. | Case No. 3:14-cv-2060-PK<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and because this matter has been settled, plaintiff Charlotte Bray and defendants USAMM, LLC, Brian Larrabee,

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

Sally Melcher, and Jared Zabaldo, through their undersigned counsel, stipulate to the dismissal of the above-entitled action with prejudice and without costs or fees to any party.

IT IS SO STIPULATED:

DATED: August 28, 2015

                LAW OFFICE OF JON WEINER

                By *s/Anthony J. Estrada*
                   Jon H. Weiner, OSB No. 993944
                   Anthony J. Estrada, OSB No. 113764
                   Telephone: 503.399.7001
                   Facsimile: 503.399.0745
                Attorneys for Plaintiff Charlotte Bray

DATED: August 28, 2015

                LANE POWELL PC

                By *s/Paul M. Ostroff*
                   Paul M. Ostroff, OSB No. 954734
                   Telephone: 503.778.2122
                   Facsimile: 503.778.2200
                   Attorneys for Defendants USAMM, LLC, Brian
                   Larrabee, Sally Melcher, and Jared Zabaldo

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
127450.0006/6424327.1    PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs or fees to any party.

DATED: August 31, 2015

_____
The Honorable ~~Paul Papak~~ MICHAEL H. SIMON

PAGE 3 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

127450.0006/6424327.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200